AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>**HENRY WALTER BOYD**<br>(year of birth 1995)<br><br>*Defendant(s)* | Case No. MJ 22-1872 KK |

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 12-13, 2022** in the county of **Bernalillo** in the
District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Matthew Frye
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 12/23/2022

_____
*Judge's signature*

City and state: Albuquerque, New Mexico    Hon. Kirtan Khalsa, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. _____ |
| **HENRY WALTER BOYD**, ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew Frye, being first duly sworn, hereby affirm and state:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 5, 2021. I have been assigned to the Albuquerque Division since April 25, 2022, I have received on the job training from other experienced agents and law enforcement officers. My duties include, but are not limited to, the investigation and enforcement of criminal violations related to cyberstalking and threats made via interstate communication in violation of 18 U.S.C. § 2261A(2). I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2261A(2). I am assigned to the FBI's investigation of HENRY WALTER BOYD (hereinafter "BOYD") which concerns threats he made to the victim, Jane Doe (DOE),[1] and her two minor children.

---

[1] The victim's full name and identity is known to law enforcement but anonymized here in order to protect the ongoing investigation as well as to ensure the victim's safety.

1

2. This affidavit is submitted for the limited purpose of establishing probable cause for the requested arrest warrant. The facts in this affidavit are based on my investigation, personal observations, training, and experience, as well as information provided to me by other law enforcement personnel. Because this affidavit is limited in purpose, I am not including all facts known to law enforcement concerning this investigation.

## RELEVANT STATUTE

3. This investigation concerns alleged threats of violence that were made to DOE and her children in violation of 18 U.S.C. § 2261A(2), which criminalizes the following:

> Stalking – Whoever with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—
>
> (A) Places that person in reasonable fear of the death of or serious bodily injury; or
>
> (B) Causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person.

## STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE

4. On or about 2019 to 2020, DOE and BOYD were in a romantic relationship which ended on or about 2020. During this time DOE moved out of New Mexico.

5. On or about June 9, 2022, through June 14, 2022, DOE returned to Albuquerque to attend a concert. BOYD became aware that DOE had returned to New Mexico and sent threatening messages to DOE via Facebook Messenger. DOE received messages from the Facebook account she knew BOYD to operate, "HENRY.BOYD.5891", and she also received messages from a profile with the name "Chris Greene." DOE also indicated that BOYD's phone number was (505) 348-6493.

### *Facebook Profile HENRY.BOYD.5891*

6. I obtained a search warrant for the HENRY.BOYD.5891 Facebook account from Meta Platforms, Inc. In response, Meta Platforms provided the subscriber information associated with the account, which included the registered email address boydhenry916@gmail.com, and a verified cell phone number of (505) 348-6493. Notably, the email address contains BOYD's name and the verified cell phone number matches the phone number for BOYD provided by DOE. Further, the account lists the current city for the account user as Albuquerque, New Mexico, where BOYD resides.

7. The search warrant return contained the following threatening message, which was sent to DOE :

> **Author** HENRY.BOYD.5891
> **Sent** 06-12-2022 17:06:10 UTC
> **Body** Imma fucking come kill u

### *Facebook Profile Chris Greene*

8. I also obtained a search warrant for the "Chris Greene" Facebook account from Meta Platforms. In response, Meta Platforms provided subscriber information, which included a registered email address of "greenechris748@gmail.com" and an unverified phone number of (505) 800-4360. In connection with my investigation, I called the phone number associated with the Chris Greene account, which went to an automated voicemail indicating the phone user was utilizing a service called TextNow, a voice over IP application.

9. The records from Meta indicated the account was created on June 13, 2022, at 06:55:14 UTC, and included an IP address that resolved to Albuquerque, New Mexico. The profile records identified no friends listed, no photos, and no posts. The records revealed that the account had only been used to send approximately twelve messages to DOE, as well as one

message to John Doe.² The first message sent to DOE was sent on June 13, 2022 at 07:14:32 UTC, just minutes after the account was created.

10. Based on my training and experience, the lack of activity on this Facebook profile, along with the fact that the sole activity was directed to DOE and John Doe shortly after the creation of the account indicates the account was created specifically for the purpose of transmitting the threatening communications to DOE and John Doe.

11. My review of the twelve messages sent from the Greene account to DOE revealed the following:

>**Author** Chris Greene (Facebook: 100082439223310)
>>**Sent** 2022-06-13 07:14:32 UTC
>>**Body** So you think guys is handsome after you fucked [John Doe] I'm going to fucking kill you no matter how many times you block me I'm going to make sure you feel the pain I feel you are going to regret leaving me for other men your kids are dead too see you soon you leave here stop in Illinois to fuck [John Doe] that is why you left but now you are going to pay
>
>**Author** Chris Greene (Facebook: 100082439223310)
>>**Sent** 2022-06-13 07:15:06 UTC
>>**Body** You can change your number I know where you work and live you lier you love [John Doe]
>
>**Author** Chris Greene (Facebook: 100082439223310)
>>**Sent** 2022-06-13 07:17:54 UTC
>>**Body** You think [name redacted] is handsome ok well we are going to see how handsome these men are you know what I'm capable of so I don't know why you fronting like you don't
>
>**Author** Chris Greene (Facebook: 100082439223310)
>>**Sent** 2022-06-13 07:18:18 UTC
>>**Body** It don't matter what you do just know I'm coming for you

---

² The individual's full name is known to law enforcement but not included here to protect the identifies and safety of this witness in the publicly-filed document.

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-13 16:50:51 UTC
   **Body** Why you fucking lying

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-13 16:53:52 UTC
   **Body** It's going to suck having to kill you and the [DOE's minor children] but you want to fuck [John Doe] you want to be with [John Doe] you want to hurt me over [John Doe]

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-13 17:01:46 UTC
   **Body** You can sit there and act like you don't see my messages but when I come you going to wish you ain't do me wrong like you did you think it's ok you lie you think it's ok that you just forgot about me and went and fucked [John Doe] you think it's ok you are trying to start a relationship with him well it going to end bad for you

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-13 17:23:35 UTC
   **Body** I want you to save everything I send you every message every text every voicemail so they will mean something in the end and I can play them in front of your kids you think your baby dad was bad he hurt you but you done hurt the wrong one

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-13 22:30:36 UTC
   **Body** See you soon

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-14 17:23:03 UTC
   **Body** [DOE's Facebook profile] missed your call.

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-14 17:23:11 UTC
   **Body** [DOE's Facebook profile] missed your video chat.

**Author** Chris Greene (Facebook: 100082439223310)
   **Sent** 2022-06-17 21:07:25 UTC

> **Body** So you think you can go fuck [John Doe] and get away with it

12. The following Facebook message was sent from the Greene account to the account belonging to John Doe.

> **Author** Chris Greene (Facebook: 100082439223310)
> **Sent** 2022-06-13 07:20:07 UTC
> **Body** You fucked [DOE] well now she is going to pay since she broke my heart lied to me used me and I'm taking anybody down that trys to fucking stop me she knows what I'm capable of so you can just ask her

13. In an interview with law enforcement, DOE reported that BOYD was upset and her relationship with John Doe and believed that BOYD was behind the GREENE account. Further, DOE reported that she had blocked the HENRY.BOYD.5891 account after receiving the message on June 12, 2022. DOE reports that these messages caused her significant emotional distress, in that the messages caused her to fear for her life and safety, and the lives and safety of her children.

### *Connecting the Chris Greene Facebook Profile to BOYD*

14. My review of the records from Meta Platforms indicated overlap in IP addresses[3] in the HENRY.BOYD.5861 account and the Greene account as follows:

Chris Greene

    IP Address    2607:fb90:6fa8:cd0a:819d:c4e0:7c8c:7036
    Time          2022-06-13 07:12:25 UTC
    Action       Login

---

[3] An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

HENRY.BOYD.5891

|  |  |
|---|---|
| IP Address | 2607:fb90:6fa8:cd0a:819d:c4e0:7c8c:7036 |
| Time | 2022-06-13 16:55:12 UTC |
| Action | Login |

|  |  |
|---|---|
| IP Address | 2607:fb90:6fa8:cd0a:819d:c4e0:7c8c:7036 |
| Time | 2022-06-13 17:24:04 UTC |
| Action | Login |

There was another instance of overlap in IP addresses on June 17, 2022, as follows:

HENRY.BOYD.5891

|  |  |
|---|---|
| IP Address | 2607:fb90:6f58:8a6d:6bc0:8d6c:ec13:49df |
| Time | 2022-06-17 03:06:34 UTC |
| Action | Login |

Chris Greene

|  |  |
|---|---|
| IP Address | 2607:fb90:6f58:8a6d:6bc0:8d6c:ec13:49df |
| Time | 2022-06-17 21:06:42 UTC |
| Action | Login |

The IP addresses identified above are the same and show login times on the same day, within a short period of time. The first instance of overlap indicates the HENRY.BOYD account was accessed at 16:55:12 UTC, followed by the Greene account being accessed on the same IP address on 07:12:25 UTC, followed by the HENRY.BOYD account being assessed again at 17:24:04 UTC. Based on my training and experience, this strongly indicates the same person was using both accounts. This, along with all of the other facts identified above, provide probable cause that BOYD has sent threatening messages to DOE and John Doe from these two accounts.

15. I have probable cause to believe that the Facebook account for CHRIS GREENE is actually controlled and operated by BOYD based on the following information.

a. First, BOYD made a comment from his account "henry.boyd.5891" that indicates his knowledge of DOE and John Doe's relationship and corroborates DOE's statement to law enforcement:

| | |
|---|---|
| Time | 2022-09-19 14:29:15 UTC |
| Type | Comments |
| Summary | Henry Boyd commented on Cardarius Pope's video. 'My ex left me because I was born with a cleft lip and pallet for a guy in Illinois named [John Doe]' |

b. Second, the Greene account was created on June 13, 2022, the day after BOYD sent the threatening message from the HENRY.BOYD.5861 account. And immediately after the account was created, it was used solely to send threatening messages to DOE and John Doe.

c. Third, a portion of one of the messages sent from the Greene account to DOE stated "I'm going to fucking kill you no matter how many times you block me" indicating that BOYD's prior account had been blocked from messaging DOE, consistent with her reporting.

## **CRIMINAL HISTORY**

16. In connection with my investigation, I learned that BOYD is currently on federal supervised release in Cause No. 20-CR-01755 following a conviction for being a felon in possession of a firearm. BOYD also has a prior conviction for armed robbery in Cause No. D-202-CR-2013-3155. BOYD was previously charged with Use of a Telephone to Terrify, Intimidate, Threaten, or Harass, in Cause No. T-4-DV-2015-05719, although the case was ultimately dismissed. The criminal complaint in that case indicates BOYD was sending threatening texts to an 18-year-old female, including "You need to die." and "Imma kill that guy that's in that pic wit u bitch." These messages are consistent with the messages sent to DOE.

## CONCLUSION

17. Based on the information set forth above, I submit there is probable cause to support that, within the District of New Mexico, HENRY WALTER BOYD made threats of violence against DOE and her children, in violation of 18 U.S.C. § 2261A(2).

18. Assistant United States Attorney Sarah Mease has reviewed and approved this application.

19. I swear that this information is true and correct to the best of my knowledge.

Respectfully submitted,

Matthew Jason Frye
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to me telephonically on December 23, 2022

HONORABLE KIRTAN KHALSA
United States Magistrate Judge